UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1935**

_____

NCNB FINANCIAL SERVICES, INCORPORATED, now
known as Nationsbank,

Plaintiff - Appellee,

versus

JOSEPH B. SHUMATE, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen M. Williams, Senior District Judge. (CA-83-279-R, CA-86-433-R)

_____

Submitted: September 20, 1996      Decided: October 3, 1996

_____

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph B. Shumate, Jr., Appellant Pro Se. Mark Edward Frye, PENN, STUART, ESKRIDGE & JONES, Bristol, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders (1) denying his Fed. R. Civ. P. 60(b) motion to reconsider a July 1990 order and imposing a pre-filing injunction; and (2) denying his motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. NCNB National Bank v. Shumate, No. CA-83-279-R (W.D. Va. May 17, 1996 and June 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED